UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | FILED |
| | ) | March 12, 2008  TG |
| v. | ) | Civil No. 08cv1478 |
| | ) | JUDGE ZAGEL |
| TERRY P. SCHMUTTE, and | ) | MAGISTRATE JUDGE COX |
| FREDI BETH SCHMUTTE, | ) | |
| | ) | |
| Defendants. | ) | |

COMPLAINT

The plaintiff, the United States of America, by its undersigned counsel, at the direction of the Attorney General of the United States and with the authorization of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury, pursuant to 26 U.S.C. § 7401, brings this civil action to reduce unpaid federal income tax assessments to judgment against Terry P. Schmutte and Fredi Beth Schmutte. For these purposes, the United States complains and alleges as follows:

    1. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1340 and 1345 and pursuant to 26 U.S.C. § 7402(a).

    2. Defendants Terry P. Schmutte and Fredi Beth Schmutte reside at 607 Martin Lane, Deerfield, Illinois 60015, within the jurisdiction of this Court.

    3. Delegates of the Secretary of the Treasury made assessments against Terry P. Schmutte and Fredi Beth Schmutte for income tax, penalties, and interest,

on the dates, for the years, and in the total amounts as follows:

| Date | Years | Total Amount |
|---|---|---|
| March 16, 1998 | 1996 | $33,731.66 |
| July 13, 1998 | 1997 | 28,278.79 |
| June 7, 1999 | 1998 | 33,443.79 |
| May 22, 2000 | 1999 | 34,824.70 |
| May 28, 2001 | 2000 | 34,534.70 |
| May 20, 2002 | 2001 | 34,617.70 |
| May 19, 2003 | 2002 | 37,623.02 |
| May 10, 2004 | 2003 | 36,782.92 |
| May 23, 2005 | 2004 | 35,507.94 |
| May 22, 2006 | 2005 | 39,755.38 |
| May 28, 2007 | 2006 | 35,862.15 |

4.  Notice of the assessments described in paragraph 3 above, and demand for their payment, were sent to Terry P. Schmutte and Fredi Beth Schmutte on or about the dates of assessment.  Despite notice and demand, Terry P. Schmutte and Fredi Beth Schmutte have refused or neglected to fully pay the assessed liabilities described in paragraph 3, and there remains due and owing to the United States with respect thereto, the sum of $308,324.42, plus interest and other statutory additions accruing from and after December 31, 2007.

WHEREFORE, the plaintiff, the United States of America, requests the entry of judgment with respect to the unpaid balance of the assessments set forth in paragraph 3 above in favor of the United States and against Terry P. Schmutte and Fredi Beth Schmutte in the amount of $308,324.42, plus interest and other

statutory additions accruing from and after December 31, 2007, and such other and further relief as this Court deems just and proper, including a judgment in an amount equal to the United States' costs of this action.

>PATRICK J. FITZGERALD
>United States Attorney
>
>*/s/ Douglas W. Snoeyenbos*
>DOUGLAS W. SNOEYENBOS
>Trial Attorney, Tax Division
>U.S. Department of Justice
>Post Office Box 55
>Ben Franklin Station
>Washington, D. C. 20044
>Telephone: (202) 307-6558