## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of
   United States of America

     v.

   Terry P. Schmutte and
   Fredi Beth Schmutte

Case Number:
FILED
March 12, 2008   TG
08cv1478
JUDGE ZAGEL
MAGISTRATE JUDGE COX

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

   United States of America

| |
|---|
| NAME (Type or print) <br>   Douglas W. Snoeyenbos |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br>   s/ Douglas W. Snoeyenbos |
| FIRM <br>   Department of Justice/Tax Division |
| STREET ADDRESS <br>   555 4th Street, N.W., Room 7804 |
| CITY/STATE/ZIP <br>   Washington, D.C.   20001 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER <br> (202) 307-6558 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |