## *United States District Court for the Northern District of Illinois*
### Revised 03/11/2008

Case Number:  08CV1478                    Assigned/Issued  By:  J. N.

Judge Name:  ZAGEL                    Designated Magistrate Judge:  COX

---

### FEE INFORMATION

**Amount Due:**   ☐ $350.00      ☐ $39.00      ☐ $5.00

☐ IFP      ☑ No Fee      ☐ Other _____

☐ $455.00

*(For use by Fiscal Department Only)*

Amount Paid: _____                    Receipt #: _____

Date Payment Rec'd: _____                    Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____

☐ Citation to Discover Assets          *(Victim, Against and $ Amount)*

☐ Writ _____          ☐ Other
    *(Type of Writ)*                   _____
                                          *(Type of issuance)*

2  Original and 0  copies on  3-12-08  as to  ALL DEFENDANTS
                              *(Date)*

_____

_____