### *United States District Court for the Northern District of Illinois*

Case Number: 08CV1478                    Assigned/Issued By: J.N.

Judge Name: ZAGEL                         Designated Magistrate Judge: COX

---

### FEE INFORMATION

**Amount Due:**  ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☑ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____

☐ Citation to Discover Assets          _____
                                       (Victim, Against and $ Amount)

☐ Writ _____
        (Type of Writ)

2  Original and  0  copies on  4-24-08  as to ALL DEFENDANTS
                                    (Date)

_____

_____