UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 08-cv-1478 |
| | ) |
| TERRY P. SCHMUTTE, and | ) |
| FREDI BETH SCHMUTTE, | ) |
| | ) |
| Defendants. | ) |

## AGREED JUDGMENT

The plaintiff, the United States of America, by its undersigned counsel, Douglas W. Snoeyenbos, and the defendants, Terry P. Schmutte and Fredi Beth Schmutte, in their own person, agree that judgment should be entered for the relief requested in the Complaint, that Terry P. Schmutte and Fredi Beth Schmutte are liable to the United States for unpaid income taxes, penalties, and interest, for

Schmutte\Agreed.Judgment

the years 1996 through 2006, in the total amount of $308,324.42, plus interest and other statutory additions accruing from and after December 31, 2007.

_____
TERRY P. SCHMUTTE
607 Martin Lane
Deerfield, Illinois 60015
Telephone: (847) 229-9562

_____
FREDI BETH SCHMUTTE
607 Martin Lane
Deerfield, Illinois 60015
Telephone: (847) 922-6985

_____
DOUGLAS W. SNOEYENBOS
Trial Attorney, Tax Division
U.S. Department of Justice
P. O. Box 55, Ben Franklin Station
Washington, D. C. 20044
Telephone: (202) 307-6558

IT IS SO ORDERED. Judgment is entered that Terry P. Schmutte and Fredi Beth Schmutte are liable to the United States for unpaid income taxes, penalties, and interest, for the years 1996 through 2006, in the total amount of $308,324.42, plus interest and other statutory additions accruing from and after December 31, 2007.

Done at Chicago, Illinois this
____ day of April, 2008.

_____
HON. JAMES B. ZAGEL
U.S. District Judge
Northern District of Illinois

Schmutte\Agreed.Judgment